**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-7838**

———————————

EDWIN LEE JURY, JR.,

Plaintiff - Appellant,

versus

LOU DIXON, R.N., Buckingham Correctional Cen-
ter; CHARLENE STEWART; LARRY THOMAS, Chief
Pharmacist, Virginia Department of Corrections
Central Pharmacy,

Defendants - Appellees,

and

VIRGINIA DEPARTMENT OF CORRECTIONS CENTRAL
PHARMACY; BUCKINGHAM CORRECTIONAL CENTER
MEDICAL DEPARTMENT,

Defendants.

———————————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke. Jackson L. Kiser, Chief District
Judge. (CA-96-92-R)

———————————

Submitted: April 17, 1997          Decided: April 29, 1997

———————————

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Edwin Lee Jury, Jr., Appellant Pro Se.  David Ernest Boelzner, WRIGHT, ROBINSON, OSTHIMER & TATUM, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Jury v. Virginia Dep't of Corrections Central Pharmacy</u>, No. CA-96-92-R (W.D. Va. Nov. 7, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2